# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LISA A. TANKERSLEY                                    PLAINTIFF

v.                CASE NO. 4:16-CV-00330 BSM

SOCIAL SECURITY ADMINISTRATION                   DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 16] is adopted, the Commissioner's decision is affirmed, and this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE